Below is an order of the court.

_____
TRISH M. BROWN
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | ) | Case No. 18-31957-tmb13 |
| | ) | |
| Christine Elizabeth Larsen | ) | ORDER APPROVING LOAN MODIFICATION |
| | ) | AGREEMENT WITH RESIDENTIAL CREDIT |
| | ) | OPPORTUNITIES TRUST V |
| Debtor. | ) | |

This MATTER comes before the Court on the Debtor's Motion for an Order Approving Loan Modification ("Motion") filed with the court on June 26, 2019 and served on all parties on the case mailing matrix.

Good cause exists to grant the Motion and therefore the Court orders as follows:

IT IS HEREBY ORDERED that Debtor's Motion is Granted and the loan modification attached to the Motion as Exhibit A is approved.

### ###

Page 1of 2 - ORDER APPROVING LOAN MODIFICATION

Kuni Donaldson, LLP
Attorneys at Law
1975 SW First Ave., Suite H
Portland, Oregon 97201
(503) 224-3022

Case 18-31957-tmb13    Doc 27    Filed 07/23/19

PRESENTED BY:

/s/ Laura L. Donaldson
Laura L. Donaldson, OSB #022930
KUNI DONALDSON, LLP
1975 SW First Ave., #H
Portland, Oregon 97201
Telephone: (503) 227-3004
Fax: (503) 227-3047
Attorney for Debtor

cc: Christine E. Larsen
    Residential Credit Opportunities Trust V, c/o Ron McMahan
    ODR Bkcy
    AMIP Management, LLC
    Wayne Godare, Trustee
    Laura L. Donaldson

Certification:
I hereby certify that no response was made within the response period (including any extension per FRBP 9006(f).

/s/ Laura L. Donaldson
Laura L. Donaldson, OSB#022930

Page 2of 2 - ORDER APPROVING LOAN MODIFICATION

Kuni Donaldson, LLP
Attorneys at Law
1975 SW First Ave., Suite H
Portland, Oregon 97201
(503) 227-3024

Case 18-31957-tmb13   Doc 27   Filed 07/23/19